IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

STATESBORO DIVISION

| | | |
|---|---|---|
| BRANDON KERTEMUS PRIMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 622-027 |
| | ) | |
| STATE OF GEORGIA; WARDEN BRIAN | ) | |
| ADAMS; CHAPLAIN BERNARD HILL; | ) | |
| MICHAEL D. STALLWORTH; and SMITH | ) | |
| STATE PRISON, | ) | |
| | ) | |
| Defendants. | ) | |

_____

**O R D E R**

_____

After a careful, *de novo* review of the file, the Court concurs with the Magistrate

Judge's Report and Recommendation, to which no objections have been filed. Accordingly,

the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion,

**DISMISSES** Plaintiff's amended complaint for failure to state a claim upon which relief may

be granted, and **CLOSES** this civil action.

SO ORDERED this ___16ᵗʰ___ day of September, 2022, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA